FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0346

_____

IN THE MATTER OF:

R.P.,                                                               O R D E R

     A Youth in Need of Care.

_____

     Appellant, through counsel, has filed a motion for extension of time within which to file the opening brief.  Good cause appearing,

     IT IS HEREBY ORDERED that motion is GRANTED.  Appellant's opening brief shall be filed on or before November 6, 2020.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2020